IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| GREG J. FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 130142N |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON COUNTY ASSESSOR, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on Defendant's Motion to Dismiss (Motion) on the ground

that Plaintiff failed to appeal within the 30 days required by ORS 305.280(4).  A case

management conference was held in this matter on May 9, 2013, during which the parties

discussed Defendant's Motion.  Plaintiff declined to submit an additional written response.

A review of Plaintiff's materials shows the Order of the Board of Property Tax Appeals

was mailed to Plaintiff on February 26, 2013.  Plaintiff's Complaint was filed on March 29,

2013.[1]  That interval is longer than the 30 days required by ORS 305.280(4) (2011), which

states:

> " * * * [A]n appeal to the tax court * * * from an order of a county board of
> property tax appeals shall be filed within 30 days after the date of the * * *
> mailing of the order * * *."

Plaintiff has not presented any fact or argument which prevents the application of

ORS 305.280(4).  Defendant's Motion to Dismiss must be granted.  Now, therefore,

/ / /

/ / /

---

[1] When a complaint filed with this court is "[t]ransmitted through the United States mail," it is filed "on the date show by the post-office cancellation mark stamped upon the envelope containing it * * *."  ORS 305.418(1)(a) (2011).

IT IS THE DECISION OF THIS COURT that Defendant's Motion to Dismiss is granted.

Plaintiff's Complaint is dismissed.

Dated this ____ day of May 2013.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision of Dismissal was signed by Magistrate Allison R. Boomer on May 10, 2013. The Court filed and entered this Decision of Dismissal on May 10, 2013.*